UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

Deborah Hopkins,                                                    Civil File No. 2014-CV-44

            Plaintiff,

vs.

Capital One Bank USA, N.A.,
Kohn Law Firm, SC,

            Defendants.

---

**NOTICE OF APPEAL**

---

Notice is hereby given that Deborah Hopkins, plaintiff in the above-referenced case, hereby appeals to the United States Court of Appeals for the 7th Circuit, from orders and judgments:

1. Dated January 26, 2015, where the district court granted in part defendants motion to dismiss; and

2. Dated May 14, 2015, where the district court granted summary judgment to defendants on the remaining claims, and declined to reconsider its January 26, 2015 order. Final Judgment was entered on May 15, 2015.


DATED: June 15, 2015                        s/ Eric L. Crandall
                                                    Eric L. Crandall, Esq.
                                                    **CRANDALL LAW OFFICES, SC**
                                                    1237 Knowles Avenue North
                                                    PO Box 27
                                                    New Richmond, WI 54017
                                                    715-246-1010
                                                    Wis. Attorney Lic. No. 1001833

                                                    **ATTORNEY FOR**
                                                   **PLAINTIFF/APPELLANT**
                                                   **DEBORAH HOPKINS**